WILLIAM HAYS WEISSMAN, Bar No. 178976
JOHANNA R. CARNEY, Bar No. 277946
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Facsimile:     925.946.9809
Email:         wweissman@littler.com
               jcarney@littler.com

Attorneys for Defendant
BANKERS LIFE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BATTS,<br><br>                    Plaintiff,<br><br>       v.<br><br>BANKERS LIFE AND CASUALTY<br>COMPANY and DOES 1 to 50,<br><br>                    Defendants. | Case No.<br><br>(Alameda County Superior Court Case No.<br>RG13691770)<br><br>**NOTICE OF REMOVAL OF ACTION<br>PURSUANT TO 28 U.S.C. § 1332(a), 1441(a)<br>and (b), and 1446 [Diversity Jurisdiction]**<br><br>Complaint filed:    August 14, 2013 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF

TIMOTHY BATTS AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Bankers Life and Casualty Company

("Bankers Life" or "Defendant") hereby removes the above-entitled action from the Superior Court

of the State of California, County of Alameda, to the United States District Court for the Northern

District of California, pursuant to 28 U.S.C. sections 1332(a), 1441(a) and (b), and 1446.

**STATEMENT OF JURISDICTION**

1.      This Court has original jurisdiction over this action under the diversity of

citizenship statute.  28 U.S.C. § 1332(a).  In relevant part, the diversity statute grants district courts

original jurisdiction over civil actions where the matter in controversy exceeds the sum of value of

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

NOTICE OF REMOVAL (NO.            )

$75,000, exclusive of interest and costs, and is between citizens of different states.  As set forth below, this case meets all of the diversity statute's requirements for removal and is timely and properly removed by the filing of this Notice.

**PLEADINGS, PROCESS, AND ORDERS**

2.     On or about August 14, 2013, Plaintiff Timothy Batts ("Plaintiff") filed a Complaint for Damages ("Complaint") against Bankers Life and various Doe defendants in the Superior Court of California, Alameda County, Case No. RG13691770.  The Complaint asserts the following causes of action: (1) breach of contract, (2) fraud, (3) intentional tort (intentional interference with a contract).

3.     On or about August 23, 2013, Bankers Life received the following documents by mail:  (1) the Summons and Complaint, (2) Notice and Acknowledgment of Receipt, (3) Notice of Case Management Conference and Order, and (4) Notice of Assignment of Judge for All Purposes.  True and correct copies of these documents, including exhibits, are attached hereto as **Exhibit A**.

4.     On or about September 16, 2013, the undersigned counsel for Defendant signed and returned the Notice and Acknowledgement of Receipt on Defendant's behalf.  A copy of the signed acknowledgment of receipt is attached hereto as **Exhibit B**.

**TIMELINESS OF REMOVAL**

5.     This Notice of Removal is timely filed as it is filed within thirty (30) days of September 16, 2013, the date of Bankers Life's acknowledgement of receipt of the Summons and Complaint (see Exhibit B), and within one year from the commencement of this action.  *See* 28 U.S.C. § 1446(b).

### IV.  DIVERSITY JURISDICTION

6.     The diversity of citizenship statute, 28 U.S.C. section 1332(a), provides in relevant part:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –

> (1) citizens of different States. . . .

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

This action is a civil action over which this Court has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. section 1332(a), and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. section 1441(b) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs, as set forth below.

**Diversity of Citizenship**

7.      Plaintiff was, at the time of filing this action, and still is, a citizen of the State of California.  To establish citizenship for diversity purposes, a natural person must be both a citizen of the United States and a domiciliary of a particular state.  *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983).  Plaintiff is a citizen of the United States.  *See* Declaration of William Weissman in Support of Defendant's Notice of Removal of Action ("Weissman Decl.") ¶ 3. In addition, an individual is a citizen of any state where he or she domiciled at the time the lawsuit is filed.  *Kantor*, 704 F.2d at 1090.  A person's domicile is established by physical presence and an intent to remain indefinitely.  *Lew v. Moss*, 797 F.2d 747, 749-50 (9th Cir. 1986); *State Farm Mut. Auto Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994) (a party's residence is prima facie evidence of domicile for purposes of determining citizenship).  Plaintiff was domiciled in the State of California the entire time he worked with Bankers Life, and there is no reason to believe he is no longer domiciled there.  Weissman Decl. ¶ 3.

8.      For diversity jurisdiction purposes, a corporation is deemed a citizen of its state of incorporation and the state where it has its principal place of business.  28 U.S.C. § 1332(c)(1).  Here, Bankers Life is a citizen of the State of Illinois, where it is incorporated and where it maintains its principal place of business.  Weissman Decl. ¶ 2.

9.      The United States Supreme Court has held that, for purposes of removal, the "nerve center" test should be applied to determine a corporation's principal place of business.  *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192-93 (2010).  Under the "nerve center" test, the principal place of business is "where a corporation's officers direct, control, and coordinate the corporation's activities."  *Id.* at 1192.  Bankers Life's corporate offices and global headquarters, which house the company's executive and administrative functions, are located in Chicago, Illinois.  Weissman

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

NOTICE OF REMOVAL (NO.                    )          3.

1    Decl., ¶ 2. Thus, Bankers Life is a citizen of Illinois for diversity purposes.

2        10.    Bankers Life is not a citizen of the State of California, where this action is

3    currently pending, and thus there is complete diversity between Bankers Life and Plaintiff.

4        11.    The presence of Doe defendants in this case has no bearing on diversity with

5    respect to removal. *See* 28 U.S.C. § 1441(a) ("[f]or purposes of removal under this chapter, the

6    citizenship of defendants sued under fictitious names shall be disregarded").

7    **Amount in Controversy Exceeds $75,000**

8        12.    To establish diversity jurisdiction, Defendant only needs to show by a

9    preponderance of the evidence (that it is more probable than not) that Plaintiff's claimed damages

10   exceed the jurisdictional minimum. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 403-04 (9th

11   Cir. 1996). Here, it can be reasonably ascertained from Plaintiff's Complaint and his Prayer for

12   Relief that the amount in controversy exceeds $75,000 because he affirmatively alleges that his

13   damages are valued at $250,000. *See* Complaint, Exhibit A.

14       13.    In sum, although Bankers Life does not concede Plaintiff's claims have any

15   merit, when the relief sought by Plaintiff is taken as a whole, the amount in controversy for

16   Plaintiff's claims more likely than not to exceeds the $75,000 jurisdiction requirement, exclusive of

17   interest and costs. Thus, this Court has original jurisdiction over the claims asserted by Plaintiff in

18   this action based on diversity of citizenship jurisdiction under 28 U.S.C. sections 1332(a)(1) and

19   1441(a).

20   **VENUE**

21       14.    Venue lies in the Northern District of California pursuant to 28 U.S.C.

22   sections 84(a) and 1441(a). This action was originally brought in the Superior Court of the State of

23   California, County of Alameda. Pursuant to Northern District Local Rule 3-2(d), the appropriate

24   assignment of this action is to either the San Francisco Division or Oakland Division of this Court.

25   **NOTICE OF REMOVAL**

26       15.    Contemporaneously with the filing of this Notice of Removal in the United

27   States District Court for the Northern District of California, written notice of such filing will be

28   given by the undersigned to Plaintiff's counsel of record, Leeds Disston of Cassalina & Disston. In

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

NOTICE OF REMOVAL (NO.            )        4.

1    addition, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the

2    State of California, County of Alameda.

3            WHEREFORE, Bankers Life prays that this civil action be removed from the

4    Superior Court of the State of California, County of Alameda, to the United States District Court for

5    the Northern District of California.

6

7    Dated: September 23, 2013

8

9

10   WILLIAM HAYS WEISSMAN
     JOHANNA CARNEY

11   LITTLER MENDELSON, P.C.
     Attorneys for Defendant

12   BANKERS LIFE AND CASUALTY
     COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

NOTICE OF REMOVAL (NO.        )    5.

# EXHIBIT A



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

CHS / ALL
Transmittal Number: 11528762
Date Processed: 08/26/2013

| Primary Contact: | Rita Mennen<br>CNO Financial Group, Inc.<br>11825 N. Pennsylvania Street<br>Carmel, IN 46032 |
|---|---|

| | |
|---|---|
| **Entity:** | Bankers Life and Casualty Company<br>Entity ID Number  2425585 |
| **Entity Served:** | Bankers Life and Casualty Company |
| **Title of Action:** | Timothy Batts vs. Bankers Life and Casualty Company |
| **Document(s) Type:** | Notice and Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Alameda County Superior Court, California |
| **Case/Reference No:** | RG13691770 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 08/23/2013 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| Sender Information: | Leeds Disston<br>510-835-8110 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)



ALAMEDA COUNTY

AUG 1 4 2013

CLERK OF THE SUPERIOR COURT
By _____

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BANKERS LIFE AND CASUALTY COMPANY and DOES
1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TIMOTHY BATTS

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of California | **CASE NUMBER:**<br>*(Número del Caso):* 1369 1770 |

County of Alameda, Unlimited Civil Jurisdiction
1225 Fallon Street, Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Leeds Disston, Esq., SBN 045016, Casalina & Disston, 418 Third Street, Suite 101, Oakland, CA 94607

| DATE:<br>*(Fecha)* AUG 14 2013 | _____ | Clerk, by<br>*(Secretario)* | (510) 835-8110<br>_____ | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
            ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-C-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Leeds Disston, Esq. SBN 045016<br>CASALINA & DISSTON<br>418 Third Street, Suite 101<br>Oakland, CA 94607<br> TELEPHONE NO: (510) 835-8110   FAX NO. *(Optional):* (510) 835-8113<br> E-MAIL ADDRESS *(Optional):* casdiss@yahoo.com<br> ATTORNEY FOR *(Name):* Plaintiff | **ENDORSED**<br>*FOR COURT USE ONLY*<br>**FILED**<br>**ALAMEDA COUNTY**<br>AUG 1 4 2013<br>CLERK ~~OF THE~~ COURT<br>By _____<br>Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
  STREET ADDRESS: 1225 Fallon Street
  MAILING ADDRESS: Same
  CITY AND ZIP CODE: Oakland, CA 94612
  BRANCH NAME:

PLAINTIFF: TIMOTHY BATTS

DEFENDANT: BANKERS LIFE AND CASUALTY COMPANY

[✓] DOES 1 TO __50__

**CONTRACT**

[✓] COMPLAINT     [ ] AMENDED COMPLAINT *(Number):*

[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT *(Number):*

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded  [ ] does not exceed $10,000
         [ ] exceeds $10,000 but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE** **(exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
  [ ] **from limited to unlimited**
  [ ] **from unlimited to limited**

CASE NUMBER:
RG 13891770

1. **Plaintiff** *(name or names):*
  TIMOTHY BATTS

  alleges causes of action against **defendant** *(name or names):*
  BANKERS LIFE AND CASUALTY COMPANY  ("Bankers")

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. a. Each plaintiff named above is a competent adult
  [ ] **except** plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] other *(specify):*

  b. [ ] Plaintiff *(name):*
    a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

    b. [ ] has complied with all licensing requirements as a licensed *(specify):*

  c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
  [✓] **except** defendant *(name):* Bankers
    (1) [ ] a business organization, form unknown
    (2) [✓] a corporation
    (3) [ ] an unincorporated entity *(describe):*
    (4) [ ] a public entity *(describe):*
    (5) [ ] other *(specify):*

  [✓] **except** defendant *(name):* DOES 1 to 5
    (1) [✓] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity *(describe):*
    (4) [ ] a public entity *(describe):*
    (5) [ ] other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| BATTS v. BANKERS LIFE CASUALTY COMPANY | |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☑ Doe defendants *(specify Doe numbers):* 1 to 25 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☑ Doe defendants *(specify Doe numbers):* 25 to 50 _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☑ Breach of Contract
   ☐ Common Counts
   ☑ Other *(specify):*
      Intentional Tort

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☑ damages of: $ 250,000.00
   b. ☑ interest on the damages
      (1) ☐ according to proof
      (2) ☑ at the rate of *(specify):* 10% percent per year from *(date):*
   c. ☐ attorney's fees
      (1) ☐ of: $
      (2) ☐ according to proof.
   d. ☑ other *(specify):*
      Punitive and exemplary damages according to proof.

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 30, 2013

Leeds Disston, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]      **COMPLAINT—Contract**      Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Batts v. Bankers Life and Casualty Company | |

ONE _____      **CAUSE OF ACTION—Breach of Contract**
*(number)*

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* TIMOTHY BATTS

     alleges that on or about *(date):* August 15, 2011

     a   ☐ written   ☑ oral   ☐ other *(specify):*

     agreement was made between *(name parties to agreement):*

     Plaintiff and defendant Bankers.

     ☐ A copy of the agreement is attached as Exhibit A, or

     ☑ The essential terms of the agreement   ☑ are stated in Attachment BC-1   ☐ are as follows *(specify):*

BC-2. On or about *(dates):*
     defendant breached the agreement by   ☑ the acts specified in Attachment BC-2   ☐ the following acts
     *(specify):*

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
     ☐ as stated in Attachment BC-4   ☑ as follows *(specify):*

     Plaintiff was denied renewal premiums, bonuses, and the opportunity to sell other products to
     clients in the sum of $250,000.00.

BC-5. ☐   Plaintiff is entitled to attorney fees by an agreement or a statute
         ☐ of $
         ☐ according to proof.

BC-6. ☐   Other:

Page _____ 3

Page 1 of 1

**CAUSE OF ACTION—Breach of Contract**

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Batts v. Bankers Life and Casualty Company | |

TWO
_(number)_

**CAUSE OF ACTION—Fraud**

ATTACHMENT TO [✔] Complaint [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

FR- 1. Plaintiff _(name):_ TIMOTHY BATTS

alleges that defendant _(name):_ BANKERS LIFE AND CASUALTY COMPANY

on or about _(date):_ August 15, 2011      defrauded plaintiff as follows:

FR-2. [ ] **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [ ] as follows:

b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [ ] as follows:

c. When defendant made the representations,
[ ] defendant knew they were false, **or**
[ ] defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [ ] **Concealment**
a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [ ] as follows:

b. Defendant concealed or suppressed material facts
[ ] defendant was bound to disclose.
[ ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

**Page**   4

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(3)

| SHORT TITLE:<br>Batts v. Bankers Life and Casualty Company | CASE NUMBER: |
|---|---|

TWO                              **CAUSE OF ACTION—Fraud**
_____
(number)

FR-4. ☑ **Promise Without Intent to Perform**
　　a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
　　　 in Attachment FR-4.a ☑ as follows:

> Defendants promised to employ plaintiff so long as plaintiff complied with defendants' agent
> compliance guidelines.

　　b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
　　　 plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
　　　 defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
　　 ☑ as follows:

> Plaintiff expended time and effort developing sales prospects and clients to whom plaintiff sold
> defendants' policies.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
　　 Attachment FR- 6 ☑ as follows:

> In the sum of $250,000.00 and according to proof.

FIR - 7. Other:

> The conduct of defendants was oppressive, malicious and without excuse and justifies an award of
> punitive damages.

Page                         5
_____

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Batts v. Bankers Life and Casualty Company | |

THREE _____   **CAUSE OF ACTION—Intentional Tort**   **Page**   6 _____
   (number)

ATTACHMENT TO   [✔] Complaint   [  ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*:  TIMOTHY BATTS

   alleges that defendant *(name)*:  BANKERS LIFE AND CASUALTY COMPANY

      [✔] Does   1 _____   to   50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff
on *(date)*:August 15, 2011

at *(place)*: Oakland, California

*(description of reasons for liability)*:


Defendants intentionally interferred with an economic relationship between plaintiff and those clients
to whom plaintiff sold defendants' insurance products that would have resulted in economic benefit
to plaintiff.


Defendants knew the identities of plaintiff's clients while plaintiff was employed by defendant and
defendants wrongfully and intentionally prevented plaintiff from contacting those clients in violation
of the employment agreement between plaintiff and defendant and in violation of defendants' own
policies regarding termination of employment without cause.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Batts v. Bankers Life and Casualty Company
Alameda County Superior Court
Case No.

Attachment BC-1 Cause of Action - Breach of Contract


Defendant agreed to employ plaintiff as a sales agent, and to
compensate plaintiff by paying commissions on life insurance and
long term care policies sold; to pay commissions on renewal of
policies sold; to pay quarterly bonuses if plaintiff exceeded
sales volume goals;  to employ plaintiff unless plaintiff
violated agent compliance guidelines provided to plaintiff in
writing; to investigate and decide whether any violation of agent
compliance guidelines by plaintiff would cause a modification or
termination of plaintiff's employment contract, with or without
cause; to give plaintiff thirty (30) day notice before
termination if defendant's investigation resulted in a decision
to terminate plaintiff's employment contract without cause so
that plaintiff could contact plaintiff's clients and invite them
to continue to do business with plaintiff in a new employment
position.

Batts v. Bankers Life and Casualty Company
Alameda County Superior Court
Case No.


Attachment BC-2 Cause of Action - Breach of Contract


Defendant terminated plaintiff's employment even though plaintiff
did not violate agent compliance guidelines.

Defendant's termination of plaintiff was without cause.

Defendant failed to give plaintiff a thirty (30) day notice and
prohibited plaintiff from contacting any of plaintiff's clients.

Defendant prohibited plaintiff from contacting plaintiff's North
Carolina clients, knowing that defendant had no means to service
the needs of these clients, as no other agents in defendant's
office was properly licensed to service the North Carolina
customer base.

Defendant refused to pay renewal commissions and other deferred
compensation to plaintiff.

Casalina & Disston
Attn: Disston, Leeds
418 Third Street
Suite 101
Oakland, CA   94607

## Superior Court of California, County of Alameda

| Batts | |
|---|---|
| | Plaintiff/Petitioner(s) |
| | vs. |
| Bankers Life & Casualty Company | |
| | Defendant/Respondent(s) |
| | (Abbreviated Title) |

No. RG13691770

**NOTICE OF CASE MANAGEMENT
CONFERENCE AND ORDER**
Unlimited Jurisdiction

### TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 12/30/2013 | Department: 15 | Judge: Ioana Petrou |
|---|---|---|
| Time: 09:15 AM | Location: Administration Building | Clerk: Pamela Drummer-Williams |
| | Third Floor | Clerk telephone: (510) 267-6931 |
| | 1221 Oak Street, Oakland  CA 94612 | E-mail: |
| | | Dept.15@alameda.courts.ca.gov |
| | Internet: http://www.alameda.courts.ca.gov | Fax: (510) 267-1503 |

### ORDERS

1. You must:
   a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. Give notice of this conference to any party not included in this notice and file proof of service;
   c. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
   d. File and serve a completed Case Management Statement (use of Judicial Council Form CM-110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)*

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person† (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

* Case Management Statements may be filed by E-delivery, by emailing them to the following address: EDelivery@alameda.courts.ca.gov. No fee is charged for this service. For further information, go to Direct Calendar Departments at http://apps.alameda.courts.ca.gov/domainweb.

†Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 08/16/2013.

By _____

_____
Deputy Clerk

## Superior Court of California, County of Alameda



## Notice of Assignment of Judge for All Purposes

Case Number: RG13691770
Case Title:     Batts VS Bankers Life & Casualty Company
Date of Filing: 08/14/2013

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| **Judge:** | **Ioana Petrou** |
| **Department:** | **15** |
| **Address:** | **Administration Building** |
| | **1221 Oak Street** |
| | **Oakland CA 94612** |
| **Phone Number:** | **(510) 267-6931** |
| **Fax Number:** | **(510) 267-1503** |
| **Email Address:** | **Dept.15@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law. (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

**NOTICE OF NONAVAILABILITY OF COURT REPORTERS:** Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

Following assignment of a civil case to a specific department, all pleadings must be filed at the court facility where that department is located. The René C. Davidson Courthouse is the filing location for departments situated in the Alameda County Administration Building and the United States Post Office (see Local Rule, rule 1.9(d) effective as of 01/01/2013). All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Ioana Petrou
DEPARTMENT 15

All parties are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's Web site also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

Contacts with Dept. 15 should be by email to Dept. 15@alameda.courts.ca.gov. You must provide copies of all email communications to each party (or their attorneys, if represented) at the same time you send the email to the Court and you must show that you have done so in your email. When a copy of a document must be transmitted to court staff, an email attachment is preferable to fax. Use of an email attachment or fax, however, is not a substitute for filing of pleadings or other documents. Inclusion of available email addresses in the caption of all filed papers, as required by CRC 2.111(1) is required.

Parties/attorneys must confer before scheduling a hearing date. Counsel are expected to be familiar and comply with the Statement of Professionalism and Civility, Alameda County Bar Association www.acbanet.org.

Counsel should consider and recommend creative, efficient approaches to valuing and resolving their case (CRC §3.724).

### Schedule for Department 15

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Unless otherwise advised, both court and jury trials are Mondays through Thursdays at 10:00 am through 4:30 pm; expect to be in the courtroom from 9:00 am to 5:00 pm. Cases may "trail" a trial in progress.

- Case Management Conferences are held: Mondays through Thursdays at 9:15 am and Fridays at 9:30 am. Timely filed and complete case management conference statements are required and may eliminate the need for a hearing.

- Law and Motion matters are heard:  Tuesdays, Wednesdays & Thursdays at 9:00 am. Email Dept. 15 for reservations. Include case name & number, title of motion and identity of moving party. Courtesy copies of all Law & Motion pleadings are to be submitted directly to Dept. 15.

- Settlement Conferences are heard:  As scheduled by the Judge. Court resources are limited, and counsel should consider other ADR alternatives. Conferences will be specially set when deemed appropriate.

- Ex Parte matters are heard:  The court prefers to resolve ex parte applications on the papers only. Before submitting an ex parte application on the papers, (a) email Dept. 15 to advise when papers will be filed, and (b) provide CRC 3.1203(a) notice to all parties.

- Ex Parte (continued from above): Any written opposition must be filed within 24 hours of receipt of notice. If a matter is time sensitive, opposition is expected, and/or personal appearances are otherwise warranted, the parties may request a time for appearance via email to Dept. 15, copied to all parties.  The Court will inform the parties if a hearing will be scheduled. CRC 3.1203(a) will be strictly enforced.

- Go to DomainWeb for discovery motion information.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:        Dept.15@alameda.courts.ca.gov

- The parties should check the tentative rulings on the court's website and notify the courtroom clerk and all other parties of plans to contest by 4:00 pm the day before the hearing.

- Ex Parte Matters
  Email:        Dept15@alameda.courts.ca.gov

## Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 15
- Phone:  1-866-223-2244

Dated:  08/15/2013

Facsimile

_____

Presiding Judge,
Superior Court of California, County of Alameda

---

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 08/16/2013

By      Susan Baker

_____

Deputy Clerk

# EXHIBIT B

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Leeds Disston, Esq. SBN 045016<br>CASALINA & DISSTON<br>418 Third Street. Suite 101<br>Oakland, CA 94607<br>　　TELEPHONE NO.: (510) 835-8110　　　FAX NO. *(Optional)*: (510) 835-8113<br>E-MAIL ADDRESS *(Optional)*: casdiss@yahoo.com<br>　ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ALAMEDA
　　　　STREET ADDRESS: 1225 Fallon Street
　　　MAILING ADDRESS: Same
　　　CITY AND ZIP CODE: Oakland, CA 94612
　　　　　BRANCH NAME:

| PLAINTIFF/PETITIONER: TIMOTHY BATTS<br><br>DEFENDANT/RESPONDENT: BANKERS LIFE AND CASUALTY COMPANY | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>RG 13 691770 |

TO *(insert name of party being served)*:  BANKERS LIFE AND CASUALTY COMPANY

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: August 21,  2013

Catherine Addison
　　(TYPE OR PRINT NAME)　　　　　　　　　　　(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✔] A copy of the summons and of the complaint.
2. [✔] Other *(specify)*:

　　Notice of case management conference and order.

*(To be completed by recipient)*:

Date this form is signed: 9/16/13

on behalf of Bankers Life &
　(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
　ON WHOSE BEHALF THIS FORM IS SIGNED)
Casuality Company
　　　　　　　　　　　(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
　　　　　　　　　　　ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|