UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY BATTS,<br><br>    Plaintiff,<br><br>    v.<br><br>BANKERS LIFE AND CASUALTY COMPANY and DOES 1 to 50,<br><br>    Defendants. | Case No. 13-cv-04394 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On September 30, 2013, defendant Bankers Life and Casualty Company filed a motion to dismiss plaintiff Timothy Batts' complaint. Dkt. No. 5. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the Court within fourteen days. Civ. L.R. 7-3(b). Because October 14, 2013 was a Court holiday, plaintiff's response to defendant's motion was due by October 15, 2013. Plaintiff has not filed a response. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, plaintiff has until October 30, 2013, to oppose defendant's motion to dismiss (or file a statement of nonopposition) and to show cause in writing why this action should not be dismissed. Plaintiff's failure to respond will result in dismissal of this case with

Case No. 13-cv-04394 NC
ORDER TO SHOW CAUSE

1  prejudice.

2       Plaintiff must also consent or decline the jurisdiction of a magistrate judge by
3  October 30, 2013. See attached consent/declination forms.

4       IT IS SO ORDERED.

5       Date: October 23, 2013

        _____
        Nathanael M. Cousins
        United States Magistrate Judge