IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BATTS,<br><br>    Plaintiff,<br><br>  v.<br><br>BANKERS LIFE AND CASUALTY COMPANY,<br><br>    Defendant.<br>_____/ | No. C 13-04394 SI<br><br>**ORDER RE: DEADLINE FOR PLAINTIFF'S AMENDED PLEADING** |

On January 27, 2014, the Court granted in part and denied in part defendant's motion to dismiss plaintiff's first amended complaint with leave to amend. Docket No. 31. In the order, the Court incorrectly stated that should plaintiff choose to file a second amended complaint, it must be filed by February 24, 2013. The correct deadline is February 24, 2014. Accordingly, plaintiff is granted leave to amend. Should he choose to file a second amended complaint, it shall be consistent with the terms of the Court's January 27, 2014 order and must be filed on or before **February 24, 2014.**

**IT IS SO ORDERED.**

Dated: January 29, 2014

                                                      SUSAN ILLSTON
                                                      UNITED STATES DISTRICT JUDGE