IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BATTS,                        No. C 13-04394 SI

       Plaintiff,                   **PRETRIAL PREPARATION ORDER**

  v.

BANKERS LIFE AND CASUALTY COMPANY,

       Defendant.
                               /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 9, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2014.

DESIGNATION OF EXPERTS: 1/16/15; REBUTTAL: 2/6/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 27, 2015 .

DISPOSITIVE MOTIONS **SHALL** be filed by October 17, 2014;

    Opp. Due October 31, 2014;  Reply Due November 7, 2014;

    and set for hearing no later than November 21, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 24, 2015 at 3:30 PM.

JURY TRIAL DATE: April 6, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be   2   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff will file an amended comply by 2/24/14.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/10/14

                                              SUSAN ILLSTON
                                              United States District Judge