1  WILLIAM HAYS WEISSMAN, Bar No. 178976
   JOHANNA R. CARNEY, Bar No. 277946
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
4  Telephone:   925.932.2468
   Facsimile:   925.946.9809
5  Email:       wweissman@littler.com
                jcarney@littler.com
6
   Attorneys for Defendant
7  BANKERS LIFE AND CASUALTY COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   TIMOTHY BATTS,                        Case No. 3:13-cv-04394 SI
13
              Plaintiff,                 **[PROPOSED] ORDER PERMITTING
14                                       DEFENDANT'S REPRESENTATIVE TO
        v.                               ATTEND ADR VIA TELEPHONE OR
15                                       VIDEOCONFERENCE**
   BANKERS LIFE AND CASUALTY
16 COMPANY and DOES 1 to 50,             [ADR Local Rules 5-10(d) and 6-10(d)]

17            Defendants.                ENE/Mediation: September 23, 2014

18

19
        Having considered Defendant's letter requesting that its company representative be permitted
20
   to attend the court-mandated hybrid ENE/mediation session via telephone or videoconference, IT IS
21
   HEREBY ORDERED that Defendant's request is GRANTED. Pursuant to ADR Local Rules 5-
22
   10(d) and 6-10(d), Defendant's company representative may attend the hybrid ENE/mediation
23
   session via telephone or videoconference.
24
        **IT IS SO ORDERED.**
25

26 Dated:
   9-10-14                               _____
27                                       HONORABLE MARIA-ELENA JAMES
                                         ADR Magistrate Judge, United States District
28                                       Court for the Northern District of California

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

[PROPOSED] ORDER PERMITTING DEFENDANT'S
REPRESENTATIVE TO ATTEND ADR VIA TELEPHONE    (Case No. 3:13-cv-04394-SI)
OR VIDEOCONFERENCE