WILLIAM HAYS WEISSMAN, Bar No. 178976
JOHANNA R. CARNEY, Bar No. 277946
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:   925.932.2468
Facsimile:    925.946.9809
Email:          wweissman@littler.com
                    jcarney@littler.com

Attorneys for Defendant
BANKERS LIFE AND CASUALTY COMPANY

LEEDS DISSTON, Esq. SBN 45016
CASALINA & DISSTON
418 Third Street, Suite 101
Oakland, California 94607
Telephone (510) 835-8110
Facsimile  (510) 835-8113
casdiss@yahoo.com

Attorneys for Plaintiff
TIMOTHY BATTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY BATTS,<br><br>         Plaintiff,<br><br>    v.<br><br>BANKERS LIFE AND CASUALTY COMPANY and DOES 1 to 50,<br><br>         Defendants. | Case No.  3:13-cv-04394 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: NON-EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Judge:   Hon. Susan Illston<br>Dept:    Courtroom 10 – 19th Floor<br><br>Trial Date: April 6, 2015 |

     Pursuant to Civil Local Rule 7-12, Plaintiff Timothy Batts ("Plaintiff") and Defendant Bankers Life and Casualty Company ("Defendant") (collectively, "the Parties") by and through their respective counsel, hereby agree and stipulate to the following:

STIPULATION AND [PROPOSED] ORDER RE: NON-EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES   1.   (Case No. 3:13-cv-04394-SI)

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1.     Pursuant to the Court's February 10, 2014, Pretrial Preparation Order, the non-expert discovery cutoff is presently September 30, 2014. Trial is currently set to commence on April 6, 2015.  Pursuant to Civil Local Rule 37-3, the last day to file non-expert discovery motions to compel is presently October 7, 2014.  Pursuant to the Court's February 10, 2014, Pretrial Preparation Order, the deadline to file dispositive motions is presently October 17, 2014.

2.     Due to scheduling and other conflicts, the Parties are unable to complete all non-expert depositions prior to September 30, 2014.  The Parties have agreed on the following schedule for depositions:

    a. Defendant will take Plaintiff Timothy Batts' deposition on September 29, 2014.

    b. Plaintiff will take the depositions of Defendant's employees Roger Cardenas, Robert Hadidian, and Mona Wolfe between October 1st and October 9th, with the exact dates to be agreed upon via e-mail as soon as practicable, and Plaintiff to issue amended deposition notices accordingly.

3.     To allow for time to for the Parties to take these depositions, supplement disclosures, and to conduct other necessary discovery, the Parties respectfully request that the non-expert discovery cutoff be postponed until October 10, 2014.  The Parties further request that the deadline to file non-expert discovery motions to compel be set for October 17, 2014, pursuant to Civil Local Rule 37-3.

4.     In addition, to allow time for deposition transcripts to be ordered and made available prior to the dispositive motion deadline, the Parties respectfully request that the deadline to file dispositive motions be re-set for October 27, 2014.

//

//

//

//

//

//

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER RE:
NON-EXPERT DISCOVERY AND DISPOSITIVE
MOTION DEADLINES

2.

(Case No. 3:13-cv-04394-SI)

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: 9/26/14  /s/ Leeds Disston
Leeds Disston
CASALINA & DISSTON
Attorneys for Plaintiff
Timothy Batts

DATED: 9/26/14  /s/ Johanna R. Carney
William Weissman
Johanna Carney
LITTLER MENDELSON
Attorneys for Defendant
BANKERS LIFE AND CASUALTY COMPANY

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 26, 2014  /S/ Johanna R. Carney
William Weissman
Johanna R. Carney
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BANKERS LIFE AND CASUALTY COMPANY

**[PROPOSED] ORDER**

1. The non-expert discovery cutoff in the above-mentioned case shall be re-set for October 10, 2014.

2. The deadline to file non-expert discovery motions to compel shall be re-set for October 17, 2014.

3. The deadline to file dispositive motions shall be re-set for October 31, 2014
   HEARING SET: 12/5/14

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/26/14  _____
United States District Judge Illston

STIPULATION AND [PROPOSED] ORDER RE: NON-EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES

3.  (Case No. 3:13-cv-04394-SI)

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468