UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BATTS,<br><br>            Plaintiff,<br><br>      v.<br><br>BANKERS LIFE & CASUALTY COMPANY,<br><br>            Defendant. | Case No. 13-cv-04394-SI<br><br>**JUDGMENT** |

Defendant's motion for summary judgment has been granted. Accordingly, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 13, 2015

_____
SUSAN ILLSTON
United States District Judge